

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-17-00139-CR

WILLIE GUILLERMO TORRES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 391st District Court
Tom Green County, Texas
Trial Court No. D-15-0230-SB

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

We abated this matter to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure to determine (1) whether the appellant still desired to prosecute this appeal, (2) whether appointed appellate counsel had abandoned the appeal, and (3) if counsel had not abandoned the appeal, why an appellate brief had not been filed. *See* TEX. R. APP. P. 38.8(b). After conducting the hearing mandated by our order, the trial court determined that the appellant still desires to prosecute the appeal, that counsel has not abandoned the appeal, and that medical issues prevented counsel from timely completing the appellate brief in this matter. The trial court further determined that appointed counsel was medically capable of completing the briefing in this case and recommended that we afford counsel an additional thirty days in which to complete the opening brief. In light of the trial court's findings and in keeping with its recommendations, we hereby order appointed counsel to file the appellant's brief in this matter on or before **January 11, 2018**.

IT IS SO ORDERED.

BY THE COURT

Date:   December 12, 2017